UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| FREDRICK CONNORS, | ) | 3:10-CV-00564-ECR-VPC |
| | ) | |
|     Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: January 4, 2011 |
| | ) | |
| CHARTER COMMUNICATIONS, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

PRESENT:    EDWARD C. REED, JR.              U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN        Reporter:    NONE APPEARING

Counsel for Plaintiff(s)            NONE APPEARING

Counsel for Defendant(s)            NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On December 17, 2010, the Magistrate Judge filed a Report and Recommendation (#3) recommending that this action be dismissed. The review of the complaint by the Magistrate Judge was pursuant to the screening procedures of the Court. No objections were timely filed to the Report and Recommendation (#3).

    **IT IS, THEREFORE, HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (#3) is well taken and is **APPROVED** and **ADOPTED**.

    **IT IS FURTHER ORDERED** that this action is **DISMISSED**.

    The Clerk shall enter judgment accordingly.

                                                LANCE S. WILSON, CLERK

                                                By    /s/
                                                         Deputy Clerk