AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

FREDRICK CONNORS,

    Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:10-CV-00564-ECR-VPC**

CHARTER COMMUNICATIONS, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (Dkt #3) is well taken and is APPROVED and ADOPTED. This action is DISMISSED.

| | |
|---|---|
|   1/5/2011 | **LANCE S. WILSON** |
| | Clerk |
| | |
| | /s/ P. McDonald |
| | Deputy Clerk |